# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 5, 2010

No. 08-41334
Summary Calendar

Lyle W. Cayce
Clerk

FREDDIE DEMORIS BRADLEY,

Petitioner-Appellant

v.

RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
CORRECTIONAL INSTITUTIONS DIVISION,

Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:06-CV-382

Before BENAVIDES, PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Freddie Demoris Bradley, Texas prisoner # 1131925, appeals the district court's dismissal of his 28 U.S.C. § 2254 petition for habeas relief. Bradley claims that the evidence at trial was legally insufficient to support the jury's verdict that he was guilty of robbery. Specifically, he asserts that no evidence in the record supports a finding that he "intentionally or knowingly threaten[ed]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

or place[d] another in fear of imminent bodily injury or death." *See* TEX. PENAL CODE ANN. § 29.02(a)(2).

We have reviewed the record and the briefs submitted by the parties and hold that Bradley failed to meet his burden of establishing that the state court's adjudication of his claims resulted in a decision that was contrary to federal law. *See* 28 U.S.C. § 2254(d); *Williams v. Taylor*, 529 U.S. 362, 402-13 (2000); *Jackson v. Virginia*, 443 U.S. 307, 324-25 (1979); *Wilmeth v. State*, 808 S.W.2d 703, 705-06 (Tex. Ct. App. 1991). Accordingly, we affirm.

AFFIRMED.